IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CRIMINAL NO. 13-00127-CG |
| ) | |
| **KENNETH PATRICK MCGEE** ) | |

**ORDER**

On February 20, 2014, following a bench trial on stipulated facts, the court found the defendant not guilty only by reason of insanity of violations of Title 18, United States Code, § 844(i), Attempted Arson, and § 844(e), Maliciously Conveying False Information.  Pursuant to 18 U.S.C. § 4243(b), the court ordered that the defendant be examined for a determination of whether or not the defendant is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property of another (Doc. 37).

Following the hearing conducted pursuant to 18 U.S.C. §4243(c), the court determined that McGee could be conditionally released pursuant to 18 U.S.C. § 4243(f)(2) (Doc. 40).  Since he has been on conditional release, several petitions have been filed with the court by the U.S. Probation Office detailing the difficulties McGee has exhibited in abiding by the conditions imposed (Docs. 41, 42 & 46, all *SEALED*).  On February 5, 2015, the U.S. Probation Office filed a petition to revoke McGee's conditional release based

on continued noncompliance with the conditions of release and treatment. (Doc. 47 *SEALED*).

Today a hearing was held on the petition. The defendant was represented by his attorney, Assistant Federal Defender Latisha Colvin, and the United States was represented by Assistant U.S. Attorney George May. The court determined that the defendant did not contest any of the allegations in the petition and that he agreed to waive a hearing thereon. The court therefore found that the factual allegations in the petition were admitted, and that the defendant's conditional release should therefore be revoked for non-compliance with the conditions of release and treatment.

Accordingly, pursuant to 18 U.S.C. § 4243(g) it is **ORDERED** that the defendant's conditional release is hereby **REVOKED**, and he is committed to the custody of the Attorney General, who shall comply with the provisions of 18 U.S.C. §§4243(e) and (f).

**DONE** and **ORDERED** this 13th day of February, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE