IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *   CRIMINAL NO.:   13-CR-00127-CG |
| v. | * |
| | * |
| KENNETH PATRICK MCGEE | * |

### UNITED STATES' RESPONSE TO COURT ORDER

COMES NOW the United States of America, by and through its attorneys, Kenyen R. Brown, the United States Attorney for the Southern District of Alabama, and George F. May, Assistant United States Attorney for the Southern District of Alabama, and hereby responds to the Order of the Court as follows:

The United States has no objection to the recommendation set forth in the Forensic Psychological Report from the U.S. Medical Center for Federal Prisoners, dated October 7, 2015.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY
By:

*/s/ George F. May*
George F. May
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama   36602

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 23, 2015, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendant, and the United States Probation Office.

                                            */s/ George F. May*
                                            George F. May
                                            Assistant United States Attorney